UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMISHA BICKHAM ROBERSON | * | CIVIL ACTION |
| VERSUS | * | NO. 23-4022 |
| DEPARTMENT OF SOCIAL SERVICES, STATE OF LOUISIANA, ET AL. | * | SECTION "H" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiffs' claims against all defendants involving actions preceding her 2013 federal suit are **DISMISSED WITH PREJUDICE** as malicious, frivolous, time-barred, and otherwise for failure to state a claim for which relief can be granted pursuant 28 U.S.C. §§ 1915(e),

**IT IS FURTHER ORDERED** that any post-2013 claims under 42 U.S.C. § 1983 against Robin Lee Bickham, Gerald Jones, Roxanne Lenoir, Rohillion Brown, Kim Webb, Glenn Webb, Jahmar Webb, Ronnie Bickham, Twain Smith, and Ronald Gatlin are **DISMISSED WITH PREJUDICE** as malicious, frivolous, time-barred, and otherwise for failure to state a claim for which relief can be granted pursuant 28 U.S.C. §§ 1915(e), but with leave to amend within twenty-one days.

**IT IS FURTHER ORDERED** that Plaintiff's *Bivens*/§ 1983 claims against Judges Engelhardt, Knowles, and Konrad are **DISMISSED WITH PREJUDICE** as frivolous, time-

1

barred, for seeking relief against an immune defendant and otherwise for failure to state a claim for which relief can be granted pursuant 28 U.S.C. §§ 1915.

**IT IS FURTHER ORDERED** that Plaintiff's claims against defendant, District Attorney Paul Connick, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant, but with leave to amend within twenty-one days.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against defendants, the Kenner Police Department, the Morgan City Police Department, the New Orleans Fifth District Police Department, and the Tarrant County, Texas Police Department are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against defendants, Police Chief Chad M. Adams and Police Captain Michael Cunningham, in both their individual and official capacities, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous and for failure to state a claim for which relief can be granted, but with leave to amend within twenty-one days.

**IT IS FURTHER ORDERED** that Plaintiff's post-2013 claims against defendants, Morgan City Housing Authority, Clarence Robertson, Jackson State Hospital, Orleans Parish Child Protective Services, Marion Johnson, Clayton Latimer, Deputy Samantha Webb, and Jefferson Parish Public School Hazel Park Academy are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted, but with leave to amend within twenty-one days.

**IT IS FURTHER ORDERED** that Plaintiff's claims against all non-diverse defendants are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in accordance with 28 U.S.C. § 1367(c)(3).

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Injunction (ECF No. 6)** is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion to Appoint Counsel (ECF No. 3)** is **DENIED**.

New Orleans, Louisiana, this 14th day of March, 2024.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE